Kyle Chen (SBN 239501)
kchen@gtlaw.com
**GREENBERG TAURIG, LLP**
1900 University Avenue
East Palo Alto, CA 94303
Telephone: (650) 289.7887
Facsimile: (650) 328.8508

Mark R. Weinstein (SBN 193043)
mweinstein@cooley.com
Reuben H. Chen (SBN 228725)
rchen@cooley.com
**COOLEY LLP**
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone:   (650) 843-5000
Facsimile:   (650) 849-7400

*Attorneys for Plaintiffs*
*Cooler Master Co., Ltd. and CMI USA, Inc.*

Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
Arpita Bhattacharyya (SBN 316454)
arpita.bhattacharyya@finnegan.com
Jeffrey D. Smyth (SBN 280665)
jeffrey.smyth@finnegan.com

**FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP**
3300 Hillview Avenue
Palo Alto, California  94304
Telephone:   (650) 849-6600
Facsimile:   (650) 849-6666

*Attorneys for Defendant*
*ASETEK DANMARK A/S*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COOLER MASTER CO., LTD. and CMI USA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ASETEK DANMARK A/S,<br><br>Defendant. | CASE NO. 4:21-cv-4627-HSG<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Plaintiffs Cooler Master Co., Ltd. and CMI USA, Inc. (collectively "Cooler Master") and Defendant Asetek Danmark A/S ("Asetek") jointly stipulate, with the Court's permission, to modify the deadlines in connection with the Initial Case Management Conference as follows:

WHEREAS, on June 16, 2021, Cooler Master filed its Complaint for Declaratory Judgment of Non-Infringement (the "Complaint") in the above-titled matter [ECF 1];

WHEREAS, the case was assigned to Magistrate Judge Virginia K. DeMarchi, and the Initial Case Management Conference was set for September 14, 2021, with a due date of September 7, 2021 for the Joint Case Management Statement [ECF 2];

WHEREAS, on August 20, 2021, the case was reassigned to this Court [ECF 13], and the Initial Case Management Conference was reset for October 21, 2021, with a due date of October 12, 2021 for the Joint Cases Management Statement [ECF 14];

WHEREAS, on September 9, 2021, the parties agreed that Asetek's counsel would accept service of the Complaint and the Summons, which Asetek's counsel did, and that Asetek would have up to 85 days from that date, or until December 3, 2021, to respond to the Complaint;

WHEREAS, the dates under the Patent Local Rules are keyed off the Initial Case Management Conference and require *inter alia* that the party claiming patent infringement to serve a "Disclosure of Asserted Claims and Infringement Contentions" within 14 days after the Initial Case Management Conference [Patent L.R. 3-1];

For the reasons stated above, IT IS HEREBY STIPULATED AND AGREED between the parties by and through their counsel of record, and with the Court's permission, that the Initial Case Management Conference and the due date for the Joint Case Management Statement be continued to dates after December 3, 2021 [Civil L.R. 7-12, 16-2(e)].

By his signature below, counsel for Cooler Master, Kyle D. Chen, declares that the foregoing statements are true and correct [Civil L.R. 6-2(a)], and attests that concurrence in the filing of this document has been obtained from counsel for Asetek [Civil L.R. 5-1(i)(3)].

| | | |
|---|---|---|
| 1 | DATED: October 12, 2021 | GREENBERG TRAURIG, LLP/COOLEY LLP |

By:   /s/ Kyle D. Chen

Kyle Chen (SBN 239501)
kchen@gtlaw.com
**GREENBERG TRAURIG, LLP**
1900 University Avenue
East Palo Alto, CA 94303
Telephone: (650) 289.7887
Facsimile: (650) 328.8508

Mark R. Weinstein (SBN 193043)
mweinstein@cooley.com
Reuben H. Chen (SBN 228725)
rchen@cooley.com
**COOLEY LLP**
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

*Attorneys for Plaintiffs*
*Cooler Master Co., Ltd. and CMI USA, Inc.*

FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP

By:   /s/ Robert F. McCauley

Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
Arpita Bhattacharyya (SBN 316454)
arpita.bhattacharyya@finnegan.com
Jeffrey D. Smyth (SBN 280665)
jeffrey.smyth@finnegan.com

**FINNEGAN, HENDERSON, FARABOW,**
  **GARRETT & DUNNER, LLP**
3300 Hillview Avenue
Palo Alto, California  94304
Telephone:    (650) 849-6600
Facsimile:    (650) 849-6666

*Attorneys for Defendant ASETEK DANMARK A/S*

# ORDER

PURSUANT TO STIPULATION, and for good cause shown, IT IS ORDERED THAT the Initial Case Management Conference in this matter is continued to 12/14/2021 at 2:00 p.m., and the due date for the Joint Case Management Conference Statement is continued to 12/7/2021.

DATED: 10/14/2021

_____
District Judge Haywood S. Gilliam, Jr.