| | |
|---|---|
| Robert F. McCauley (SBN 162056)<br>robert.mccauley@finnegan.com<br>Arpita Bhattacharyya (SBN 316454)<br>arpita.bhattacharyya@finnegan.com<br>Jeffrey D. Smyth (SBN 280665)<br>jeffrey.smyth@finnegan.com<br>**FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP**<br>3300 Hillview Avenue<br>Palo Alto, California  94304<br>Telephone:     (650) 849-6600<br>Facsimile:      (650) 849-6666<br><br>*Attorneys for Defendant and Counterclaimant<br>ASETEK DANMARK A/S* | Kyle D. Chen (SBN 239501)<br>kchen@gtlaw.com<br>**GREENBERG TRAURIG, LLP**<br>1900 University, Avenue, 5th Floor<br>East Palo Alto, CA 94304<br>Telephone: (650) 289-7887<br>Facsimile:  (650) 328-8508<br><br>David Bloch (SBN 184530)<br>blochd@gtlaw.com<br>**GREENBERG TRAURIG, LLP**<br>4 Embarcadero Ctr, Ste. 3000<br>San Francisco, CA 94111-5983<br>Telephone: (415) 590-5110<br>Facsimile:  (415) 707-2010<br><br>Mark R. Weinstein (SBN 193043)<br>mweinstein@cooley.com<br>Reuben H. Chen (SNB 228725)<br>rchen@cooley.com<br>**COOLEY LLP**<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Telephone:    (650) 843-5000<br>Facsimile:     (650) 849-7400<br><br>*Attorneys for Plaintiffs and Counterdefendants<br>COOLER MASTER CO., LTD. and CMI USA,<br>INC.* |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| COOLER MASTER CO., LTD. AND CMI USA, INC.,<br><br>　　　　　Plaintiffs and Counterdefendant<br><br>　　　　v.<br><br>ASETEK DANMARK A/S<br><br>　　　　　Defendant and Counterclaimant. | CASE NO. 4:21-cv-04627-HSG<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND JOINT STATEMENT; ORDER (as modified)** |

In this patent case, the initial joint case management conference statement is due today, December 7, 2021, and the initial case management conference is set for next Tuesday, December 14, 2021.  Counsel for the parties, Defendant and Counterclaimant Asetek Danmark A/S ("Asetek") and Plaintiffs and Counterdefendants Cooler Master Co., Ltd and CMI USA, Inc. (collectively, "Cooler Master") are still in the process of discussing the issues and scheduling for this case, and believe the Court and the parties would benefit from a continuance of the dates for the joint statement and initial case management conference to allow those discussions to continue. Because the Court is unavailable for hearings from December 20-31, 2021, counsel hereby stipulate and respectfully request that the Court continue the Initial Case Management Conference in this action from December 14, 2021 at 2:00 p.m. to January 11, 2022 at 2:00 p.m., and continue the due date for the Joint Cases Management Statement from December 7, 2021 to December 28, 2021.

Dated: December 7, 2021                FINNEGAN, HENDERSON, FARABOW,
                                         GARRETT & DUNNER, LLP

                                       By:    /s/ Robert F. McCauley
                                          Robert F. McCauley
                                          *Attorneys for Defendant and Counterclaimant*
                                          *ASETEK DANMARK A/S*

Dated: December 7, 2021                GREENBERG TRAURIG, LLP

                                       By:    /s/ David Bloch
                                          David Bloch
                                          *Attorneys for Plaintiff and Counterdefendant*
                                          *COOLER MASTER CO., LTD. and CMI USA, INC.*

**ATTESTATION**

Counsel for Asetek Danmark A/S hereby attests by his/her signature below that concurrence in the filing of this document was obtained from counsel for Cooler Master Co., Ltd. and CMI USA, Inc.

Dated: December 7, 2021

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

By: /s/ Robert F. McCauley
Robert F. McCauley
*Attorneys for Defendant and Counterclaimant*
ASETEK DANMARK A/S

**ORDER**

PURSUANT TO STIPULATION, and for good cause shown, IT IS SO ORDERED THAT the Telephonic Case Management Conference in this matter is continued to January 11, 2022 at 2:00 p.m., and the due date for the Joint Case Management Conference Statement is continued to December 28, 2021. All counsel shall use the following dial-in information to access the call: Dial-In: 888-808-6929/Passcode: 6064255.

Dated: 12/8/2021

Honorable Haywood S Gilliam, Jr
United States District Court Judge
Northern District of California