1  Robert F. McCauley (SBN 162056)
   robert.mccauley@finnegan.com
2  Arpita Bhattacharyya (SBN 316454)
   arpita.bhattacharyya@finnegan.com
3  Jeffrey D. Smyth (SBN 280665)
   jeffrey.smyth@finnegan.com
4  **FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, LLP**
5  3300 Hillview Avenue
   Palo Alto, California  94304
6  Telephone:     (650) 849-6600
   Facsimile:      (650) 849-6666
7
   *Attorneys for Defendant and Counterclaimant*
8  *ASETEK DANMARK A/S*

   Kyle D. Chen (SBN 239501)
   kchen@gtlaw.com
   **GREENBERG TAURIG, LLP**
   1900 University, Avenue, 5th Floor
   East Palo Alto, CA 94304
   Telephone: (650) 289-7887
   Facsimile:  (650) 328-8508

   David Bloch (SBN 184530)
   blochd@gtlaw.com
   **GREENBERG TAURIG, LLP**
   4 Embarcadero Ctr, Ste. 3000
   San Francisco, CA 94111-5983
   Telephone: (415) 590-5110
   Facsimile:  (415) 707-2010

   Mark R. Weinstein (SBN 193043)
   mweinstein@cooley.com
   Reuben H. Chen (SNB 228725)
   rchen@cooley.com
   **COOLEY LLP**
   3175 Hanover Street
   Palo Alto, CA 94304-1130
   Telephone:    (650) 843-5000
   Facsimile:     (650) 849-7400

   *Attorneys for Plaintiffs and Counterdefendants
   COOLER MASTER CO., LTD. and CMI USA,
   INC.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| COOLER MASTER CO., LTD. AND CMI USA, INC.<br><br>　　　　Plaintiffs and Counterdefendants<br><br>　　v.<br><br>ASETEK DANMARK A/S<br><br>　　　　Defendant and Counterclaimant. | CASE NO. 4:21-cv-04627-HSG<br><br>**STIPULATION TO CONTINUE DEADLINES TO FILE RESPONSE AND AMENDED COUNTERCLAIMS AND FOR CASE MANAGEMENT CONFERENCE; ORDER** |

In this declaratory judgment patent case, the deadline for Defendant and Counterclaimant Asetek Danmark A/S ("Asetek") to file amended counterclaims as a matter of course under Fed. R. Civ. P. 15(a) is December 24, 2021, and the initial case management conference is scheduled for January 11, 2022 (recently continued from December 14, 2021 by stipulated Court order (*see* Dkt. 22)).  The current deadline for Plaintiffs and Counterdefendants Cooler Master Co., Ltd. and CMI USA, Inc. (collectively "Cooler Master") to respond to Asetek's current counterclaims is also December 24, 2021.  Counsel for the parties are still in the process of discussing the issues, proposed case schedule, and joint case management conference statement for this case.  Counsel for the parties believe the Court and the parties would benefit from allowing those discussions to continue and by continuing (1) Asetek's deadline to amend its counterclaims as a matter of course by two weeks, (2) Cooler Master's deadline to answer Asetek's current counterclaims by three weeks, and (3) the date for the initial case management conference ("CMC") by two weeks.

Accordingly, counsel for Cooler Master and Asetek hereby stipulate and respectfully request that the Court continue Asetek's deadline to file amended counterclaims as a matter of course from December 24, 2021, to January 7, 2022, continue Cooler Master's deadline to respond to Asetek's counterclaims from December 24, 2021 to January 14, 2022 if no amended counterclaims are filed and to 14 days after the filing of amended counterclaims (if any), and continue the CMC from January 11, 2022 at 2:00 p.m. to January 25, 2022 at 2 p.m.

Dated: December 20, 2021   FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, LLP

By:   */s/ Robert F. McCauley*
   Robert F. McCauley
   *Attorneys for Defendant and Counterclaimant*
   *ASETEK DANMARK A/S*

Dated: December 20, 2021   GREENBERG TRAURIG, LLP

By:   */s/ Kyle Chen*
   Kyle Chen
   *Attorneys for Plaintiff and Counterdefendant*
   *COOLER MASTER CO., LTD. and CMI USA, INC.*

# ATTESTATION

Counsel for Asetek Danmark A/S hereby attests by his signature below that concurrence in the filing of this document was obtained from counsel for Cooler Master Co., Ltd. and CMI USA, Inc.

Dated: December 20, 2021                    FINNEGAN, HENDERSON, FARABOW,
                                                                          GARRETT & DUNNER, LLP

                                                                    By:   /s/ Robert F. McCauley
                                                                          Robert F. McCauley
                                                                          *Attorneys for Defendant and Counterclaimant*
                                                                          *ASETEK DANMARK A/S*

# ORDER

PURSUANT TO STIPULATION, and for good cause shown, IT IS SO ORDERED THAT (1) Defendant Asetek's deadline to file amended counterclaims as a matter of course is continued to January 7, 2022, (2) Cooler Master's deadline to respond to Asetek's counterclaims is continued from December 24, 2021 to January 14, 2022 if no amended counterclaims are filed and to 14 days after the filing of amended counterclaims (if any), and (3) that the case management conference is continued from January 11, 2022 to January 25, 2022 at 2 p.m.

Dated: 12/22/2021

Honorable Haywood S Gilliam, Jr
United States District Court Judge
Northern District of California