David S. Bloch (SBN 184530)
blochd@gtlaw.com
**GREENBERG TRAURIG, LLP**
Four Embarcadero Center, Suite 3000
San Francisco, California 94111
Telephone: 415.655.1300
Facsimile: 415.520.5609

Kyle Chen (SBN 239501)
kchen@gtlaw.com
**GREENBERG TRAURIG, LLP**
1900 University Avenue
East Palo Alto, CA 94303
Telephone: 650.289.7887
Facsimile: 650.328.8508

*Attorneys for Plaintiffs*

Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
Arpita Bhattacharyya (SBN 316454)
arpita.bhattacharyya@finnegan.com
Jeffrey D. Smyth (SBN 280665)
jeffrey.smyth@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
3300 Hillview Avenue
Palo Alto, California  94304
Telephone:     (650) 849-6600
Facsimile:      (650) 849-6666

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COOLER MASTER CO., LTD. and CMI USA, INC.,<br><br>            Plaintiffs,<br><br>      v.<br><br>ASETEK DANMARK A/S,<br><br>            Defendant. | CASE NO. 4:21-cv-4627-HSG<br><br>**JOINT SCHEDULING STIPULATION AND ORDER**<br><br>Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rule 7-12 and the Court's Order (ECF 31), plaintiffs Cooler Master Co., Ltd. and CMI USA, Inc. and defendant Asetek Danmark A/S submit the following Scheduling Stipulation and Proposed Order.

WHEREAS, on June 16, 2021, Cooler Master filed the declaratory judgment action seeking a declaration of patent non-infringement of seven patents (U.S. Patent Nos. 8,240,362 (the "'362 patent"), 8,245,764 (the "'764 patent"), 9,733,681 (the "'681 patent"), 10,078,354 (the "'354 patent"), 10,078,355 (the "'355 patent"), 10,599,196 (the "'196 patent"), and 10,613,601 (the "'601 patent")) under 28 U.S.C. §§ 1331 and 1338(a), and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202. ECF 1.

WHEREAS, on December 3, 2021, Asetek answered to Cooler Master's claim and counterclaimed for patent infringement of two of the seven patents (the '362 and '764 patents) against Cooler Master. ECF 20.

WHEREAS, on January 10, 2022, Asetek amended its counterclaims and answer. ECF 26.

WHEREAS, on January 19, 2022, Cooler Master and Asetek submitted its Joint Case Management Statement. ECF 27.

WHEREAS, on January 24, 2022, Cooler Master answered to Asetek's amended counterclaims. ECF 29.

At the Initial Case Management Conference (January 25, 2022), the Court ordered the parties to file a scheduling stipulation for Asetek's motion to stay. ECF 31. Having met and conferred, the parties now stipulate to the following briefing schedule:

1. Asetek will file its motion to stay by **February 9, 2022**;

2. Cooler Master will file its opposition to Asetek's motion by **February 23, 2022**; and

3. Asetek will submit its reply by **March 2, 2022**.

The motion will set a hearing date of May 12, 2022, subject to the Court's determination whether to advance the hearing date or take the motion under submission on the papers. ECF 31.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED:  January 31, 2022 | GREENBERG TRAURIG, LLP/COOLEY LLP |

By:   /s/David S. Bloch

David S. Bloch (SBN 184530)
blochd@gtlaw.com
**GREENBERG TRAURIG, LLP**
Four Embarcadero Center, Suite 3000
San Francisco, California 94111
Telephone: 415.655.1300
Facsimile: 415.520.5609

Kyle Chen (SBN 239501)
kchen@gtlaw.com
**GREENBERG TRAURIG, LLP**
1900 University Avenue
East Palo Alto, CA 94303
Telephone: (650) 289.7887
Facsimile: (650) 328.8508

Mark R. Weinstein (SBN 193043)
mweinstein@cooley.com
Reuben H. Chen (SBN 228725)
rchen@cooley.com
**COOLEY LLP**
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

*Attorneys for Plaintiffs*
*Cooler Master Co., Ltd. and CMI USA, Inc.*


By:   /s/

Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
Arpita Bhattacharyya (SBN 316454)
arpita.bhattacharyya@finnegan.com
Jeffrey D. Smyth (SBN 280665)
jeffrey.smyth@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,**
  **GARRETT & DUNNER, LLP**
3300 Hillview Avenue
Palo Alto, California  94304
Telephone:    (650) 849-6600
Facsimile:    (650) 849-6666

*Attorneys for Defendant ASETEK DANMARK A/S*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(I)(3)**

I, David S. Bloch, hereby attest, pursuant to N.D. Cal. Civil Local Rule 5-1, that the concurrence to the filing of this document has been obtained from Arpita Bhattacharyya, signatory hereto.

Dated: January 31, 2022

By: */s/ David S. Bloch*

David S. Bloch

Attorneys for Plaintiff Cooler Master Co., Ltd. and CMI USA, Inc.

## ORDER

PURSUANT TO parties' stipulation, and for good cause shown, **IT IS SO ORDERED** that:

1. Asetek will file a motion to stay by **February 9, 2022**;
2. Cooler Master will file its opposition to Asetek's motion by **February 23, 2022**; and
3. Asetek will submit its reply in further support of the motion by **March 2, 2022**.

Dated: 2/1/2022

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge

ACTIVE 62683050v4